

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Juan Garza, Jr., Appellant

No. 06-14-00054-CR　　　v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas (Tr. Ct. No. F-1230953-1). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to include an affirmative finding of family violence and the prior felony enhancement. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Juan Garza, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk